UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONNATHY L. NAMBOUNMY,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>GREGORY J. ARCHAMBEAULT; TODD LYONS; KRISTI NOEM; CHRISTOPHER J. LAROSE; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　　　　　Respondents. | Case No.: 25-cv-3172-JO-SBC<br><br>**ORDER DENYING PETITIONER'S HABEAS PETITION [DKT. 1] AND MOTION FOR TEMPORARY RESTRAINING ORDER [DKT. 3]** |

Petitioner Monnathy L. Nambounmy ("Petitioner") filed a petition for writ of habeas corpus [Dkt. 1] and a motion for temporary restraining order [Dkt. 3]. The Court held oral argument on November 24, 2025. Dkt. 9. For the reasons stated on the record, the Court ORDERS as follows:

(1) The Court DENIES without prejudice Petitioner's habeas petition [Dkt. 1] and motion for temporary restraining order [Dkt. 3].

**(2)** Respondents are ORDERED to file a declaration by 5 p.m. on December 5,

2025, confirming that Petitioner has been removed to Laos.  If Petitioner has not been removed (1) by that date and (2) to the correct country (Laos), he may amend his habeas petition accordingly and renew his request for relief.

**IT IS SO ORDERED.**

Date: November 24, 2025

_____

Honorable Jinsook Ohta
United States District Judge